**ALEXSAM, INC., Plaintiff–Appellee,**

v.

**INTERACTIVE COMMUNICATIONS INTERNATIONAL, INC., Defendant–Appellant,**

and

**Interactive Communications Inc., Defendant.**

No. 2010–1267.

United States Court of Appeals, Federal Circuit.

July 15, 2010.

**ON MOTION**

**ORDER**

Alexsam, Inc. and Interactive Communications International, Inc. jointly move for a 14–day extension of time, until August 5, 2010, for Alexsam to file its brief, and for a 5–day extension of time, until August 24, 2010, for Interactive to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.